UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01521-REB-PAC

WRI INVESTMENTS III LLC,
a Washington limited liability company,

      Plaintiff,

v.

WILLIAM M. PURCELL,
S. ROBERT AUGUST, and
WILLIAM S. GRAY, individuals,

      Defendants.

---

**ORDER**

---

THIS MATTER came on to be heard upon the Defendant S. Robert August's Unopposed Motion for Leave to Amend Answer, and the Court being fully advised,

IT IS HEREBY ORDERED that said motion is granted and that the Answer of Defendant S. Robert August is deemed amended by the addition of an affirmative defense reading as follows:

> The claims of Plaintiff are barred by the terms of a certain subordination agreement executed by Plaintiff in favor of Ohio Savings Bank.

DATED this 6th day of November, 2006.

BY THE COURT:

/s/ Michael J. Watanabe

~~United States District Judge~~/
United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

*[handwritten: Magistrate Judge CoAL]*