IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01521-REB-PAC

WRI INVESTMENTS III, INC., a Washington limited liability company,

    Plaintiff,

v.

WILLIAM M. PURCELL,
S. ROBERT AUGUST, and
WILLIAM S. GRAY, individuals,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that Plaintiff's Unopposed Motion to Amend Scheduling Order (Doc. #20), filed February 7, 2007, is **GRANTED**.

    Plaintiff shall designate all experts and comply with Fed.R.Civ.P. 26(a)(2) **on or before March 22, 2007.**

Dated:  February 8, 2007