IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01521-REB-PAC

WRI INVESTMENTS III, INC., a Washington limited liability company,

    Plaintiff,

v.

WILLIAM M. PURCELL,
S. ROBERT AUGUST, and
WILLIAM S. GRAY, individuals,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that Plaintiff's Unopposed Motion to Amend Scheduling Order (Doc. #23), filed March 20, 2007, is **GRANTED** as follows:

    Plaintiff shall designate all experts and provide opposing counsel and any pro se party with all information specified in Fed.R.Civ.P. 26(a)(2) **on or before March 30, 2007**.

    Defendants shall designate all experts and provide opposing counsel and any pro se party with all information specified in Fed.R.Civ.P. 26(a)(2) **on or before April 30, 2007**.

    The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed.R.Civ.P. 26(a)(2) **on or before May 15, 2007.**

    The discovery deadline is extended to **May 31, 2007**.

    The dispositive motions deadline is extended to **June 18, 2007**.

    **The parties are advised that no further extensions of the Scheduling Order deadlines will be granted absent a showing of good cause under Fed.R.Civ.P. 16**.

Dated:  April 23, 2007