IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No.  06-cv-01521-REB-PAC

WRI INVESTMENTS III, LLC,

Plaintiff,

v.

WILLIAM M. PURCELL,
S. ROBERT AUGUST, and
WILLIAM S. GRAY,

Defendants.

_____

**ORDER**
_____

The parties appeared this afternoon for a final pretrial conference.  The proposed final pretrial order was refused for the reasons stated on the record.  Consistent with matters discussed this afternoon:

IT IS ORDERED that the parties shall contact the chambers of Magistrate Judge Patricia A. Coan, on or before **July 23, 2007**, to obtain a date for a supplemental final pretrial conference before the magistrate judge assigned to this case.  Not less than seven calendar days prior to the supplemental final pretrial conference the parties shall file a revised final pretrial order consistent with matters discussed on the record today.

IT IS FURTHER ORDERED that the oral motion of counsel for defendants Purcell and Gray for a 12 hour extension of time to file the response to the Plaintiff's Motion for Summary

Judgment on Liability [Doc. # 30] is GRANTED.  Purcell and Gray shall have to and including

**July 10, 2007, at 12:00 noon**, within which to file their response.

Dated July 9, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge