## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 06-cv-01521-REB-PAC

WRI INVESTMENTS III, INC., a Washington limited liability company,

    Plaintiff,

v.

WILLIAM M. PURCELL,
S. ROBERT AUGUST, and
WILLIAM S. GRAY, individuals,

    Defendants.

## ORDER VACATING TRIAL DATE
## AND ADMINISTRATIVE CLOSURE

**Blackburn, J.**

The matter comes before the court on the **Joint Motion To Vacate Trial and Request For Administrative Closure To Effectuate Settlement** [#51], filed October 11, 2007. After careful review of the motion and the file, the court has concluded that the motion should be granted, that the trial date in this case should be vacated, and that this action should be closed administratively. Any party may seek to re-open this case on a showing of good cause.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion To Vacate Trial and Request For Administrative Closure To Effectuate Settlement** [#51], filed October 11, 2007, is **GRANTED**;

2. That the Trial Preparation Conference set for November 2, 2007, is **VACATED**;

      3.  That the trial to the court set to commence November 5, 2007, is **VACATED**; and

      4.  That pursuant to **D.C.COLO.LCivR 41.2** the clerk **IS DIRECTED** to close this civil action administratively subject to reopening for good cause.

      Dated October 22, 2007, at Denver, Colorado.

                        **BY THE COURT:**

                         <u>**s/ Robert E. Blackburn**</u>
                         **Robert E. Blackburn**
                         **United States District Judge**