IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Case No. 06-cv-01521-REB-KLM

WRI INVESTMENTS III, LLC, a Washington limited liability company,

    Plaintiff,

v.

WILLIAM M. PURCELL,
S. ROBERT AUGUST and
WILLIAM S. GRAY, individuals,

    Defendants.
_____

### ORDER GRANTING MOTION TO REOPEN ADMINISTRATIVELY CLOSED CASE AND ENTER STIPULATED JUDGMENT
_____

**Blackburn, J.**

The matter before me is plaintiff's **Motion To Reopen Administratively Closed Case and Enter Stipulated Judgment** [#53], filed February 7, 2008. After review of the motion and the file, I conclude that the motion establishes good cause to reopen this action and, thus, should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Motion To Reopen Administratively Closed Case and Enter Stipulated Judgment** [#53], filed February 7, 2008, is **GRANTED**;

2. That the Clerk of the Court is **DIRECTED** to reopen this civil action; and

3. That the parties' Stipulated Judgment **SHALL BE ENTERED** by the Clerk of the Court.

Dated February 8, 2008, at Denver, Colorado.

                                                **BY THE COURT:**

                                                **s/ Robert E. Blackburn**
                                                **Robert E. Blackburn**
                                                **United States District Judge**