IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Case No. 06-cv-01521-REB-KLM

WRI INVESTMENTS III, LLC,

    Plaintiff,

vs.

WILLIAM PURCELL;
S. ROBERT AUGUST; and
WILLIAM S. GRAY,

    Defendants.
_____

**ORDER GRANTING STIPULATION FOR RESOLUTION OF JUDGMENT DEBTOR'S OBJECTIONS TO WRIT OF GARNISHMENT FILED BY UBS FINANCIAL SERVICES, INC.**
_____

**Blackburn, J.**

    The matter before me is the **Stipulation For Resolution of Judgment Debtor's Objections To Writ of Garnishment Filed by UBS Financial Services, Inc.** [#71] filed March 4, 2009. After careful review of the stipulation and the file, I conclude that the stipulation should be approved.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Resolution of Judgment Debtor's Objections To Writ of Garnishment Filed by UBS Financial Services, Inc.** [#71] filed March 4, 2009, is **APPROVED**;

    2. That any hold on the funds in Custodial Account No. WE38046, "William M. Purcell Custodian for Kyle Purcell UTMA/CL," and any hold on the funds in "Custodial Account Number WE38045," may be and are dissolved; and

3.  That with respect to the funds in joint account number WE38044, titled in the names of William M. Purcell and Mary C. Purcell, with a current balance of $1,164.01, five hundred and eighty-two dollars ($582.00) of the balance in that account shall be paid to the order of WRI Investments III, LLC, and any hold on the remaining balance in that account may be and will be dissolved once payment to WRI Investments LLC has been made.

Dated March 5, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge